IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

JORDAN PAICE,

      Plaintiff,

  v.

SURGE STAFFING, LLC,

      Defendant.

Case No. 2:21-cv-03885-EAS-CMV

District Judge Edmund A. Sargus

Magistrate Judge Chelsey M. Vascura

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jordan Paice and Defendant Surge Staffing, LLC, by and through their respective counsel, hereby stipulate that all of Plaintiff's claims in the within action are hereby dismissed with prejudice. Plaintiff and Defendant are each to bear their own court costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Adam C. Gedling* (per email authority on 2.23.22) | */s/ Jolene S. Griffith* |
| Matthew J.P. Coffman (0085586) | Gary S. Batke (0030329) |
| Adam C. Gedling (0085256) | Jolene S. Griffith (0084940) |
| Kelsie N. Hendren (100041) | BAILEY CAVALIERI LLC |
| 1550 Old Henderson Road, Suite 126 | 10 West Broad Street, Suite 2100 |
| Phone: 614-949-1181 | Columbus, Ohio 43215 |
| Fax: 614-386-9964 | Telephone: (614) 221-3155 |
| Email: mcoffman@mcoffmanlegal.com | Fax: (614) 221-0479 |
|       agedling@mcoffmanlegal.com | Email:  gbatke@baileycav.com |
|       khendren@mcoffmanlegal.com |          jgriffith@baileycav.com |
| *Attorneys for Plaintiff Jordan Paice* | *Attorneys for Surge Staffing, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal with Prejudice was served upon the following party via the Court's ECF system and via email this 23rd day of February, 2022.

Matthew J.P. Coffman, Esq.
Adam C. Gedling, Esq.
Kelsie N. Hendren, Esq.
1550 Old Henderson Road, Suite 126
Email: mcoffman@mcoffmanlegal.com
       agedling@mcoffmanlegal.com
       khendren@mcoffmanlegal.com

                                              */s/ Jolene S. Griffith*
                                              Jolene S. Griffith

#2041603.1